

# Court of Appeals
## Sixth Appellate District of Texas

## J U D G M E N T

Demarkeithon Terrellious Ross, Appellant

No. 06-18-00174-CR        v.

The State of Texas, Appellee

Appeal from the 188th District Court of Gregg County, Texas (Tr. Ct. No. 47070-A). Memorandum Opinion delivered by Chief Justice Morriss, Justice Burgess and Justice Stevens participating.

As stated in the Court's opinion of this date, we find there was partial error in the judgment of the court below. Therefore, we modify the trial court's judgment by deleting the assessment of attorney fees from the judgment. As modified, the judgment of the trial court is affirmed.

We note that the appellant, Demarkeithon Terrellious Ross, has adequately indicated his inability to pay costs of appeal. Therefore, we waive payment of costs.

RENDERED MAY 30, 2019
BY ORDER OF THE COURT
JOSH R. MORRISS, III
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk